Case 3:10-cr-00073 Document 5 Filed 08/21/12 Page 1 of 2 PageID 6
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 21 2012
CLERK, U.S. DISTRICT COURT
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA § § v. § No. 3:10-CR-073-K § HAROLD MAURICIO POVEDA- § ORTEGA (01) § a.k.a. "Conejo" § HORLEY RENGIFO-PAREJA (02) § a.k.a "Harry" § JENNY VIVIAN HURTADO- § BELTRAN (03) § ROBERTO MARIO ANGULO- § ISAZA (04) § a.k.a. "Carlos Garcia-Jiminez" § a.k.a. "Costeno" § FNU LNU (05) § a.k.a. "Condor" § FNU LNU (06) § a.k.a. "El Mono" § TITO MILLER PARRA-ISAZA (07) § a.k.a. "Miguel Angel" § a.k.a. "Juan Pablo Leyba" § JOAQUIN ALEJANDRO SENDEROS § HIGUERA (08) § | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America respectfully advises the Court and all interested parties that the above-styled case has been assigned to Trial Attorneys Mark A. Irish and Brian D. Harrison of the Asset Forfeiture and Money Laundering Section, U.S. Department of Justice. The Government respectfully requests that the Clerk terminate

Notice of Substitution of Counsel - Page 1

representation by Trial Attorney Scott Paccagnini, former counsel for the government, from the records in this cause.

Accordingly, we request that Mark A. Irish and Brian D. Harrison be substituted as counsel of record for the United States of America.

>Respectfully Submitted,
>
>Jennifer Shasky Calvery, Chief
>Asset Forfeiture and Money
>  Laundering Section
>
>By: _____
>Brian D. Harrison
>U.S. Department of Justice
>Asset Forfeiture and Money Laundering Section
>1400 New York Avenue, N.W. Ste. 10100
>Washington, D.C. 20350
>Texas Bar No. 24072533
>(202) 514-1263 (telephone)
>(202) 514-5522 (facsimile)
>brian.harrison3@usdoj.gov