ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

AUG 21 2012

CLERK, U.S. DISTRICT COURT
By_____
     Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:10-CR-073-K |
| | § | |
| HAROLD MAURICIO POVEDA-ORTEGA (01) | § | |
| a.ka. "Conejo" | § | |
| HORLEY RENGIFO-PAREJA (02) | § | |
| a.k.a "Harry" | § | |
| JENNY VIVIAN HURTADO-BELTRAN (03) | § | |
| ROBERTO MARIO ANGULO-ISAZA (04) | § | |
| a.k.a. "Carlos Garcia-Jiminez" | § | |
| a.k.a. "Costeno" | § | |
| FNU LNU (05) | § | |
| a.k.a. "Condor" | § | |
| FNU LNU (06) | § | |
| a.k.a. "El Mono" | § | |
| TITO MILLER PARRA-ISAZA (07) | § | |
| a.k.a. "Miguel Angel" | § | |
| a.k.a. "Juan Pablo Leyba" | § | |
| JOAQUIN ALEJANDRO SENDEROS HIGUERA (08) | § | |

## MOTION FOR ORDER TO UNSEAL

The United States of America moves for entry of an Order unsealing the

Indictment filed on March 24, 2010, as to all defendants.

Respectfully Submitted,

Jennifer Shasky Calvery, Chief
Asset Forfeiture and Money
  Laundering Section


By: _____

Brian D. Harrison
U.S. Department of Justice
Asset Forfeiture and Money Laundering Section
1400 New York Avenue, N.W. Ste. 10100
Washington, D.C. 20350
Texas Bar No. 24072533
(202) 514-1263 (telephone)
(202) 514-5522 (facsimile)
brian.harrison3@usdoj.gov